UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY PURDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACKSON COUNTY JAIL, et al., )<br>)<br>Defendants. ) | Case No. CIV-25-993-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on October 14, 2025 [Doc. No. 6]. Plaintiff John Wesley Purdy filed a Motion for Extension of Time to object to the Report [Doc. No. 7]. The Court granted Plaintiff's motion, giving him until December 1, 2025, to file an Objection to the Report [Doc. No. 8].[1] No objection to the Report and Recommendation has been filed nor has another extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Plaintiff's action is dismissed without prejudice for failure to comply with the Court's order and rules.

IT IS SO ORDERED this 6th day of January, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court's Order granting Plaintiff's motion was mailed to Plaintiff but was returned as undeliverable because Plaintiff no longer resides at the address he provided to the Court [Doc. No. 9].